JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ajay Gupta,<br><br>      Plaintiff.<br><br>v.<br><br>Air Canada,<br><br>      Defendant. | SACV 21-01798-JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: January 5, 2023

                                              James V. Selna
                                    United States District Judge