Kevin R. Sutherland (State Bar No. 163746)
Benedict E. Idemundia (State Bar No. 289386)
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
       benedict.idemundia@clydeco.us

JS-6

Attorneys for Defendant
AIR CANADA

Dave Fox (State Bar No. 254651)
Joanna Fox (State Bar No. 272593)
Russell A. Gold (State Bar No. 179498)
FOX LAW, APC
225 West Plaza Street, Suite 102
Solana Beach, California 92705
Telephone: (858) 256-7616
Facsimile: (858) 256-7618
Email: dave@foxlawapc.com
       joanna@foxlawapc.com
       russ@foxlawapc.com

Attorneys for Plaintiff
AJAY GUPTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY GUPTA, an individual, | Case No. 8:21-cv-01798-JVS-(DFMx) |
| Plaintiff, | ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE |
| v. | |
| AIR CANADA, a foreign corporation, | |
| Defendant. | |

The Court has reviewed the Stipulation of the parties and finds good cause to dismiss this case, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court hereby orders:

That plaintiff's complaint against defendant Air Canada is hereby dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear their own fees and costs of suit.

IT IS SO ORDERED.

DATED: April 07, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE